

# BILL OF COSTS

## THIRTEENTH COURT OF APPEALS

## CORPUS CHRISTI - EDINBURG

No. 13-13-00393-CV

## HILARIO VILLANUEVA AND GRACIELA VILLANUEVA

v.

## DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MORGAN STANLEY ABS CAPITAL I INC TRUST 2003-NC10, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-NC10

(No. 12-1551-CC4 IN COUNTY COURT AT LAW NO 4 OF WILLIAMSON COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FILING | $10.00 | E-PAID | APE |
| FILING | $10.00 | E-PAID | ANT |
| FILING | $10.00 | PAID | ANT |
| REPORTER'S RECORD | $420.00 | UNKNOWN | UNK |
| CLERK'S RECORD | $245.00 | UNKNOWN | |
| FILING | $175.00 | INDIGENT | ANT |

**Balance of costs owing to the Thirteenth Court of Appeals, Corpus Christi, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DORIAN E. RAMIREZ, CLERK** OF THE THIRTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE THIRTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Thirteenth District of Texas, this, 28th day of April, 2015.

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk